# EXHIBIT A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
09/15/2025
CT Log Number 550126674

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in California**

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Re: VALENZUELA MARIA, an individual // To: WALMART INC.
Name discrepancy noted.

**DOCUMENT(S) SERVED:** Summons, Complaint, Demand, Cover Sheet, Attachment(s), Certificate, Notice(s)

**COURT/AGENCY:** Riverside County - Superior Court - Palm Springs, CA
Case # CVPS2504794

**NATURE OF ACTION:** Personal Injury - 10/05/2023, Walmart Supercenter located at 82-491 Ave 42, Indio, California 92203

**PROCESS SERVED ON:** C T Corporation System, GLENDALE, CA

**DATE/METHOD OF SERVICE:** By Process Server on 09/15/2025 at 14:18

**JURISDICTION SERVED:** California

**APPEARANCE OR ANSWER DUE:** Within 30 days after service (Document(s) may contain additional answer dates)

**ATTORNEY(S)/SENDER(S):** Stephan Airapetian
Stephan Filip Arayi
100 W. Broadway, Suite 1200
Glendale, CA 91210
323-303-3533

**ACTION ITEMS:** CT has retained the current log, Retain Date: 09/16/2025, Expected Purge Date: 09/21/2025

Image SOP

**REGISTERED AGENT CONTACT:** C T Corporation System
330 N BRAND BLVD
STE 700
GLENDALE, CA 91203
8775647529
MajorAccountTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Sep 15, 2025
**Server Name:** Victor Mendez

| | |
|---|---|
| Entity Served | WALMART INC. |
| Case Number | CVPS2504794 |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |

Electronically FILED by Superior Court of California, County of Riverside on 07/03/2025 02:54 PM
Case Number CVPS2504794 0000134191442 - Jason B. Galkin, Executive Officer/Clerk of the Court By Angela Skelton, Clerk

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***

WALMART, INC., a Delaware Corporation; TRISHA DOE, an individual; DOES 2 TO 100

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

MARIA VALENZUELA, an individual

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifornia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Riverside Superior Court
3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
Palm Springs Courthouse

CASE NUMBER:
*(Número del Caso):*
CVPS2504794

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Stephan Airapetian, 100 W. Broadway, Suite 1200, Glendale, CA 91210 (323) 303-3533

DATE: *(Fecha)* 07/03/2025

Clerk, by *(Secretario)* [signature] A. Skelton, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

GC68150(g)

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Walmart, Inc., a Delaware Corporation

   under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Electronically FILED by Superior Court of California, County of Riverside on 07/03/2025 02:54 PM
Case Number CVPS2504794 0000134191440 - Jason B. Galkin, Executive Officer/Clerk of the Court By Angela Skelton, Clerk

STEPHAN AIRAPETIAN (SBN: 293348)
ARMEN G. DERIAN (SBN 232103)
**STEPHAN FILIP ARAYI**
100 W. BROADWAY, SUITE 1200
GLENDALE, CA 91210
TEL: (323) 303.3533
FAX: (323) 303.3534
SERVICE@SFALAW.COM

Attorneys for Plaintiff,
MARIA VALENZUELA

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF RIVERSIDE**

| | |
|---|---|
| MARIA VALENZUELA, an individual,<br><br>Plaintiff<br><br>vs.<br><br>WALMART, INC., a Delaware Corporation; TRISHA DOE, an individual; DOES 2 TO 100,<br><br>Defendants. | Case No.: CVPS2504794<br><br>Assigned for all purposes to Honorable __________; Dept.: ___<br><br>**COMPLAINT FOR DAMAGES**<br><br>1. **PREMISES LIABILITY**<br>2. **NEGLIGENCE**<br><br>**DEMAND FOR JURY TRIAL** |

STEPHAN FILIP ARAYI
100 W. BROADWAY, SUITE 1200
GLENDALE, CA 91210

**COMES NOW** Plaintiff MARIA VALENZUELA (hereinafter "Plaintiff") individually in this Complaint for causes of action against Defendants WALMART INC., a Delaware Corporation; TRISHA DOE, an Individual; and DOES 2-100, Inclusive (collectively, hereinafter referred to as "Defendants"), and each of them, complains and alleges as follows:

**PARTIES**

1. Plaintiff MARIA VALENZUELA, is now and at all times relevant hereto, an adult resident of the County of Riverside, State of California.

2. Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, Defendant WALMART, INC., a Delaware corporation, ("Walmart") was and is a corporation organized and existing under the laws of the State of Delaware and authorized to do and doing business in Riverside County, California

3. Plaintiff is informed and believes, and thereon alleges, that all times relevant hereto, Defendant TRISHA DOE, an individual, was an agent and/or employee of Defendant Walmart, Inc. and was acting within the course and scope of her employment.

**DOE DEFENDANTS**

4. Plaintiffs are informed and believe, and thereon allege, that Defendants named herein as Does 2 through 100, inclusive, were business entities, individuals, sole proprietorships, partnerships, registered professionals, corporations, or other legal entities duly organized and existing under the laws of the State of California, another State or the United States.

5. Plaintiffs are presently unaware of the true names or capacities of Defendants named herein as Does 2 through 100, inclusive, and Plaintiffs will seek leave of court to amend this Complaint to allege their true names and capacities after the same have been ascertained. Plaintiffs are informed and believe, and thereon allege, that each of the Defendants named herein as Does 2 through 100, inclusive, are in some manner responsible for the acts and/or omissions alleged herein, and actually and proximately caused the various injuries and damages referred to herein.

6. Plaintiffs are informed and believe, and thereon allege, that at all times mentioned herein each of the Defendants, including Does 2 through 100, inclusive, were the agents, partners, co-developers, joint venturers, retailers, sellers, distributors, subdistributors and/or employees of

STEPHAN FILIP ARAYI
100 W. BROADWAY, SUITE 1200
GLENDALE, CA 91210

each of the remaining Defendants, and were at all times herein mentioned acting within the course and scope of such agency and employment.

7. Plaintiffs are further informed and believe, and thereon allege, that that at all times mentioned herein Defendants, and each of them, ratified, consented to, had notice of, and/or approved the conduct of each of the remaining Defendants as alleged herein.

**JURISTICTION**

8. Jurisdiction is proper because the amount in controversy exceeds the minimum jurisdictional limits of this Court.

9. This Court has personal jurisdiction over the defendant(s) because the injury occurred in Riverside County.

10. Venue is proper in this Court under Code of Civil Procedure §395 and §395.5 because the injury to Plaintiff occurred, and is occurring in the County of Riverside, in the State of California, and the liabilities to which Defendants are subject to arise in the County of Riverside, in the State of California.

**FACTUAL ALLEGATIONS**

11. Plaintiff is informed and believes and thereon alleges the incident giving rise to this action took place on or about October 5, 2023, at a Walmart Supercenter located at 82-491 Ave 42, Indio, California 92203, and owned, operated, and maintained by Defendant Walmart, Inc. ("Subject Premises"). After paying for her groceries, Plaintiff proceed to the exit towards the receipt checker. As she approached, she slipped on a liquid substance which caused her to fall to the ground, striking her knee in the process and causing injuries to her body.

12. As a direct and legal result of the acts and conduct of Defendants WALMART INC., A DELAWARE CORPORATION; TRISHA DOE, AN INDIVIDUAL; DOES 2 TO 100, and each of them, Plaintiff has been caused, and did suffer, and continues to suffer severe and permanent emotional and mental distress and anguish, humiliation, embarrassment, fright, shock, pain, discomfort and anxiety.

13. Plaintiff has been injured and suffered damages within the jurisdictional limits of this court.

STEPHAN FILIP ARAYI
100 W. BROADWAY, SUITE 1200
GLENDALE, CA 91210

## FIRST CAUSE OF ACTION

**Premises Liability**

**(By PLAINTIFF against DEFENDANTS and DOES 2-100)**

14. Plaintiff incorporates herein by reference each and every allegation contained in paragraphs 1 through 14, inclusive

15. On or about October 5, 2023, Defendants were/was responsible for the operation, management, cleanliness, security and safety of a store at or near 82-491 Ave 42, Indio, CA 92203 (Walmart Supercenter).

16. At all times relevant herein Defendants owed the shopping public, including Plaintiff, a duty of reasonable care in the management, operation and maintenance, including without limitation in the hiring of entities and/or individuals responsible for the operation and maintenance, of Walmart Supercenter, including without limitation the obligation to maintain reasonably safe pedestrian surfaces and exit area(s).

17. At all times relevant herein Defendants owed the shopping public, including Plaintiff, a duty of reasonable care in the management, operation and maintenance, including without limitation in the hiring of entities and/or individuals responsible for the operation and maintenance, of Walmart Supercenter, including without limitation the obligation to warn of slippery and/or otherwise unsafe conditions at, on or near the exit area(s).

18. At all times relevant herein Defendants, and each of them, failed to exercise reasonable care through its/their failure to maintain and operate in a reasonably safe condition, and/or by allowing unsafe conditions to develop and persist at, on or near, the exit area(s), and thereby breached their duties of reasonable care owed to Plaintiff.

19. At all times relevant herein Defendants, and each of them, were aware, or through the exercise of reasonable care should have been aware, of slippery and/or otherwise unsafe conditions at, on or near the exit area(s), and failed to warn of known slippery and/or otherwise unsafe conditions, at, on or near the exit area(s), and thereby breached their duties of reasonable care owed to Plaintiff.

///

STEPHAN FILIP ARAYI
100 W. BROADWAY, SUITE 1200
GLENDALE, CA 91210

20. As a direct and proximate result of Defendants' negligence, and that of each of them, Plaintiff suffered damages in an amount to be proven at trial.

**SECOND CAUSE OF ACTION**

**Negligence**

**(By PLAINTIFF against DEFENDANTS and DOES 2-100)**

21. Plaintiff incorporates herein by reference each and every allegation contained in paragraphs 1 through 22, inclusive.

22. On or about October 5, 2023, Defendants Walmart, Inc. and Trisha DOE (Defendants) were/was responsible for the operation, management, cleanliness, security and safety of a store at or near 82-491 Ave 42, Indio, California 92203 (Walmart Supercenter).

23. At all times relevant herein Defendants owed the shopping public, including Plaintiff, a duty of reasonable care in the management, operation and maintenance, including without limitation in the hiring of entities and/or individuals responsible for the operation and maintenance, of Walmart Supercenter, including without limitation the obligation to maintain reasonably safe pedestrian surfaces and exit area(s).

24. At all times relevant herein Defendants owed the shopping public, including Plaintiff, a duty of reasonable care in the management, operation and maintenance, including without limitation in the hiring of entities and/or individuals responsible for the operation and maintenance, of Walmart Supercenter, including without limitation the obligation to warn of slippery and/or otherwise unsafe conditions at, on or near exit area(s).

25. At all times relevant herein Defendants, and each of them, failed to exercise reasonable care through its/their failure to maintain and operate in a reasonably safe condition, and/or by allowing unsafe conditions to develop and persist at, on or near, the exit area(s), and thereby breached their duties of reasonable care owed to Plaintiff.

///

///

///

STEPHAN FILIP ARAYI
100 W. BROADWAY, SUITE 1200
GLENDALE, CA 91210

26. At all times relevant herein Defendants, and each of them, were aware, or through the exercise of reasonable care should have been aware, of slippery and/or otherwise unsafe conditions at, on or near the exit area(s), and failed to warn of known slippery and/or otherwise unsafe conditions, at, on or near the exit area(s), and thereby breached their duties of reasonable care owed to Plaintiff.

27. As a direct and proximate result of Defendants' negligence, and that of each of them, Plaintiff suffered damages in an amount to be proven at trial.

**DEMAND FOR RELIEF**

Wherefore, Plaintiff's demand for judgement as to all of the claims for relief is as follows:

1. For general damages, including pain and suffering and emotional distress, in an amount within the jurisdictional limits of this Court, subject to proof at the time of trial;
2. For past, present and future medical, hospital, and incidental expenses, and related items of expense, subject to proof at the time of trial;
3. For loss of earnings, subject to proof at the time of trial;
4. For loss of future earnings, subject to proof at the time of trial;
5. For prejudgment interest, subject to proof at the time of trial;
6. For costs of suit incurred herein, and;
7. For such other further relief as the Court may deem just and proper.

Respectfully submitted,

DATED: July 3, 2025

**STEPHAN FILIP ARAYI**

By: ______________________

Stephan Airapetian, Esq.
Armen G. Derian, Esq.
Attorneys for Plaintiff,
MARIA VALENZUELA

STEPHAN FILIP ARAYI
100 W. BROADWAY, SUITE 1200
GLENDALE, CA 91210

**DEMAND FOR JURY TRIAL**

Plaintiff MARIA VALENZUELA hereby demands a trial by jury.

Respectfully submitted,

DATED: July 3, 2025

**STEPHAN FILIP ARAYI**

By: ______________________

Stephan Airapetian, Esq.
Armen G. Derian, Esq.
Attorneys for Plaintiff,
MARIA VALENZUELA

STEPHAN FILIP ARAYI
100 W. BROADWAY, SUITE 1200
GLENDALE, CA 91210

Electronically FILED by Superior Court of California, County of Riverside on 07/03/2025 02:54 PM
Case Number CVPS2504794 0000134191441 - Jason B. Galkin, Executive Officer/Clerk of the Court By Angela Skelton, Clerk

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Stephan Airapetian, Esq. SBN 293348
Stephan Filip Arayi - 100 W Broadway, Suite 1200, Glendale, CA 91210

TELEPHONE NO.: (323) 303-3533 FAX NO.: (323) 303-3534
EMAIL ADDRESS: service@sfalaw.com
ATTORNEY FOR *(Name):* Plaintiff Maria Valenzuela

*FOR COURT USE ONLY*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**
STREET ADDRESS: 3255 E. Tahquitz Canyon Way
MAILING ADDRESS: 3255 E. Tahquitz Canyon Way
CITY AND ZIP CODE: Palm Springs 9226
BRANCH NAME: Palm Springs Courthouse

CASE NAME:
Valenzuela v. Walmart, Inc., et al.

## CIVIL CASE COVER SHEET

☑ **Unlimited** (Amount demanded exceeds $35,000)
☐ **Limited** (Amount demanded is $35,000 or less)

**Complex Case Designation**
☐ Counter ☐ Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: CVPS2504794
JUDGE:
DEPT.:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☑ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. ☐ monetary b. ☐ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify):* Two (2)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 7/3/2025
Stephan Airapetian, Esq. ▶ [signature]
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
- Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
- Confession of Judgment *(non-domestic relations)*
- Sister State Judgment
- Administrative Agency Award *(not unpaid taxes)*
- Petition/Certification of Entry of Judgment on Unpaid Taxes
- Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition



**For your protection and privacy, please press the Clear**

Electronically FILED by Superior Court of California, County of Riverside on 07/03/2025 02:54 PM
Case Number CVPS2504794 0000134191443 - Jason B. Galkin, Executive Officer/Clerk of the Court By Angela Skelton, Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

- ☐ **BANNING** 311 E. Ramsey St., Banning, CA 92220
- ☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225
- ☐ **CORONA** 505 S. Buena Vista, Rm. 201, Corona, CA 92882
- ☐ **MENIFEE** 27401 Menifee Center Dr., Menifee, CA 92584
- ☐ **MORENO VALLEY** 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553
- ☐ **MURRIETA** 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563
- ☒ **PALM SPRINGS** 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
- ☐ **RIVERSIDE** 4050 Main St., Riverside, CA 92501

**RI-CI032**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar Number and Address*) | FOR COURT USE ONLY |
|---|---|
| Stephan Airapetian, Esq. SBN 293348<br>Stephan Filip Arayi<br>100 W Broadway, Suite 1200<br>Glendale, CA 91210<br>TELEPHONE NO: (323) 303-3533 FAX NO. (*Optional*): (323) 303-3534<br>E-MAIL ADDRESS (*Optional*): service@sfalaw.com<br>ATTORNEY FOR (*Name*): Plaintiff Maria Valenzuela | |
| PLAINTIFF/PETITIONER: Maria Valenzuela, an individual<br><br>DEFENDANT/RESPONDENT: Walmart, Inc., a Delaware Corporation; Trisha DOE, an individual; DOES 2 TO 100 | CASE NUMBER:<br>CVPS2504794 |

**CERTIFICATE OF COUNSEL**

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☒ The action arose in the zip code of: 92203

☐ The action concerns real property located in the zip code of: ______________

☐ The Defendant resides in the zip code of: ______________

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 3115 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date 7/3/2025

Stephan Airapetian, Esq.
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION)

▶ [signature]
(SIGNATURE)



Approved for Mandatory Use
Riverside Superior Court
RI-CI032 [Rev. 07/15/21]
(Reformatted 07/08/24)

CERTIFICATE OF COUNSEL

Local Rule 3117
riverside.courts.ca.gov

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Palm Springs Courthouse
3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
www.riverside.courts.ca.gov

**Case Number:** CVPS2504794

**Case Name:** VALENZUELA vs WALMART, INC., A DELAWARE CORPORATION

STEPHAN AIRAPETIAN
100 W Broadway Ste 1200
Glendale, CA 91210

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| **01/21/2026** | **8:30 AM** | **Department PS2** |
| Location of Hearing: **3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262** | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case. CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases. Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing. Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-644-5616 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak. It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter.

Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Palm Springs Courthouse
3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
www.riverside.courts.ca.gov

**Case Number:** CVPS2504794

**Case Name:** VALENZUELA vs WALMART, INC., A DELAWARE CORPORATION

MARIA VALENZUELA

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| **01/21/2026** | **8:30 AM** | **Department PS2** |
| Location of Hearing: **3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262** | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case. CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases. Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing. Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-644-5616 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak. It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

| | |
|---|---|
| | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
| | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Palm Springs Courthouse
3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
www.riverside.courts.ca.gov

**Case Number:** CVPS2504794

**Case Name:** VALENZUELA vs WALMART, INC., A DELAWARE CORPORATION

WALMART, INC., A DELAWARE CORPORATION

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| **01/21/2026** | **8:30 AM** | **Department PS2** |
| Location of Hearing: **3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262** | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case. CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases. Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing. Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-644-5616 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak. It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter.

Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Palm Springs Courthouse
3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
www.riverside.courts.ca.gov

**Case Number:** CVPS2504794

**Case Name:** VALENZUELA vs WALMART, INC., A DELAWARE CORPORATION

TRISHA DOE

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| **01/21/2026** | **8:30 AM** | **Department PS2** |
| Location of Hearing: **3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262** | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case. CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases. Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing. Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-644-5616 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak. It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

| | |
|---|---|
| | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
| | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

Notice has been printed for the following Firm/Attorneys or Parties: CVPS2504794

AIRAPETIAN, STEPHAN
100 W Broadway Ste 1200
Glendale, CA 91210

WALMART, INC., A DELAWARE CORPORATION

VALENZUELA, MARIA

DOE, TRISHA